MIP

FILED 08 APR 15 PM 1:35 BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

Marko Alexandro GOMEZ-Cancino
Defendant

Magistrate's Case No. '08 MJ 1160

COMPLAINT FOR VIOLATION OF

21 U.S.C. 952 and 960

Unlawful Importation of a Controlled Substance

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about April 14, 2008, within the Southern District of California, defendant Marko Alexandro GOMEZ-Cancino did knowingly and intentionally import approximately 8.40 kilograms (18.48 pounds) of methamphetamine, a Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 15th day of April, 2008.

United States Magistrate Judge

MIP

United States of America
VS.
**Marko Alexandro GOMEZ-Cancino**

STATEMENT OF FACTS

On April 14, 2008, at approximately 0714 hours, Marko Alexandro GOMEZ-Cancino attempted entry into the United States from Mexico through the San Ysidro Port of Entry, San Diego, California. GOMEZ-Cancino was the driver of a 1990 Ford Mustang bearing Baja California license plate BEG9223.

During Pre-Primary roving operations, a U.S. Customs and Border Protection narcotic detector dog alerted to a narcotic odor coming from the undercarriage area of the vehicle.

In the vehicle secondary area, a total of 15 packages containing approximately 8.40 kilograms (18.48 pounds) of methamphetamine were found concealed within the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of methamphetamine.

Post Miranda, GOMEZ-Cancino admitted knowledge to the drugs found in the vehicle and stated he was being paid $2,000 to cross the drug-laden vehicle into the United States.

GOMEZ-Cancino was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance and was booked into the Metropolitan Correctional Center, San Diego, CA.