FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRMone DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARKO ALEXANDRO GOMEZ-CANCINO, Defendant. | Criminal Case No. 08cr1611-H<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine(Felony) |

The United States Attorney charges:

On or about April 14, 2008, within the Southern District of California, defendant MARKO ALEXANDRO GOMEZ-CANCINO, did knowingly and intentionally import approximately 50 grams or more, to wit: approximately 8.40 kilograms (18.48 pounds) of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/20/08.

KAREN P. HEWITT
United States Attorney

for MICHELLE PETTIT
Assistant U.S. Attorney

MIP:mg:San Diego
4/29/08